UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE TUCKER,<br><br>            Appellant,<br><br>     v.<br><br>PENN TREATY NETWORK, etc.,<br><br>            Defendant | 1:04-cv-6747 OWW SMS<br><br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

   Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated: August 8, 2005            /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1